**UNITED STATES DISTRICT COURT**
**DISTRICT OF VERMONT**

------------------------------------------------------------x
                                :

COMCAST OF CONNECTICUT/
GEORGIA/MASSACHUSETTS/NEW        :
HAMPSHIRE/NEW YORK/NORTH
CAROLINA/VIRGINIA/VERMONT, LLC,   :
D/B/A COMCAST,

                                :

             Plaintiff,

                                :        Civil Action No.  5:17-cv-161

             v.

                                :

THE VERMONT PUBLIC UTILITY
COMMISSION, and SARAH HOFMANN and  :
JAMES VOLZ, in their official capacities as
members of THE VERMONT PUBLIC      :
UTILITY COMMISSION,

                                :

             Defendants.

                                :

------------------------------------------------------------x

## JOINT STIPULATION AND ORDER ENLARGING DEADLINES WITH RESPECT TO DEFENDANTS' PENDING MOTIONS TO DISMISS AND ALLOWING TWO-PAGE ENLARGEMENT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO PENDING MOTIONS TO DISMISS

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Rule 7(a)(3)(A) of the Local Rules of Procedure for the U.S. District Court for the District of Vermont, the parties, through their undersigned counsel, hereby stipulate and move for approval of the following enlargement of the deadlines for filing memoranda regarding Defendants' pending Motions to Dismiss.  Good cause exists for such a short enlargement of time as consolidated deadlines would apply with respect to both Motions to Dismiss pending before the Court.

Furthermore, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 7(a)(4)(A), the parties stipulate and move for a two-page enlargement of the 25-page

limit otherwise applicable to Plaintiff's consolidated memorandum in opposition to the two pending Motions to Dismiss.

WHEREFORE, the parties jointly stipulate and move for approval of the following revised briefing schedule and page-limit enlargement:

- Plaintiff's consolidated memorandum in opposition to Defendants' pending Motions to Dismiss shall be filed no later than **February 9, 2018**;

- Defendants' consolidated reply memorandum in support of their pending Motions to Dismiss shall be filed no later than **March 9, 2018**; and

- Plaintiff's consolidated memorandum in opposition to Defendants' pending Motions to Dismiss shall be no longer than **27 pages**, excluding exhibits and attachments.

Dated at Burlington, Vermont this 30th day of January, 2018.

DOWNS RACHLIN MARTIN PLLC

i.

By: **/s/ Christopher D. Roy**_____
     Christopher D. Roy
     Attorneys for Plaintiff
     199 Main Street
     P.O. Box 190
     Burlington, VT 05402-0190
     Tel.:  (802) 863-2375
     Email:  croy@drm.com

Dated at Washington, D.C. this 30th day of January, 2018.

WILLKIE FARR & GALLAGHER LLP

By: **/s/ David. P. Murray**_____
     David P. Murray (admitted *pro hac vice*)
     Attorneys for Plaintiff
     1875 K Street, N.W.
     Washington, DC 20006-1238
     Tel.: (202) 303-1112
     Email: dmurray@willkie.com

Dated at Montpelier, Vermont this 30th day of January, 2018.

                                        STATE OF VERMONT

                                        THOMAS J. DONOVAN
                                        ATTORNEY GENERAL


                              By: **/s/ Jon T. Alexander__**_____
                                        Jon T. Alexander
                                        Megan J. Shafritz
                                        Eleanor Spottswood
                                        Assistant Attorneys General
                                        Office of the Attorney General
                                        109 State Street
                                        Montpelier, VT 05609-1001
                                        Tel.:  (802) 828-1299
                                        Email:  jon.alexander@vermont.gov
                                                   megan.shafritz@vermont.gov


SO ORDERED this _____ day of January, 2018:


_____
Hon. Geoffrey W. Crawford


18069652.1