UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF VERMONT
FEDERAL BUILDING
BURLINGTON, VERMONT 05402-0945

JEFFREY S. EATON
CLERK

❑ P.O. BOX 945
BURLINGTON 05402-0945
(802) 951-6301

✓P.O. BOX 607
RUTLAND 05702-0607
(802) 773-0245

February 1, 2018

Christopher D. Roy, Esq.
Downs Rachlin & Martin PLLC
P.O. Box 190
Burlington, VT 05402

David P. Murray, Esq.
Willkie Farr & Gallagher LLP
1875 K Street, NW
Washington, DC 20006

  Re: *Comcast v. Vermont Public Utility Commission, et al.*
    Case No. 5:17-cv-161

Dear Attorneys Roy and Murray:

 The stipulated discovery schedule required by Local Rule No. 26(a)(1) and (2) has not been filed in the above cited action. Please be advised, pursuant to Local Rule 26(a)(5), failure to submit a stipulated discovery schedule constitutes a waiver of the need for discovery. Unless the court hears from you promptly, the case may be placed on a master calendar ready for trial.

            Sincerely,

            /s/ *Pamela J. Lane*
            Pamela J. Lane
            Courtroom Deputy

cc: Eleanor L. Spottswood, AAG
  Jon T. Alexander, AAG
  Megan J. Shafritz, AAG