UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

COMCAST OF CONNECTICUT/ )
GEORGIA/MASSACHUSETTS/ NEW )
HAMPSHIRE/NEW YORK/NORTH )
CAROLINA/VIRGINIA/VERMONT, LLC, )
 )
v. ) Case No. 5:17-cv-161
 )
THE VERMONT PUBLIC UTILITY )
COMMISSION, and SARAH HOFMANN )
and JAMES VOLZ, in their official )
capacities as members of THE VERMONT )
PUBLIC UTILITY COMMISSION, )
 )
Defendants. )

## JOINT STIPULATION AND ORDER ENLARGING DEADLINES WITH RESPECT TO DEFENDANTS' PENDING MOTIONS TO DISMISS AND ALLOWING TWO-PAGE ENLARGEMENT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO PENDING MOTIONS TO DIMISS

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Rule 7(a)(3)(A) of the Local Rules of Procedure for the U.S. District Court for the District of Vermont, the parties, through their undersigned counsel, hereby stipulate and move for approval of the following enlargement of the deadlines for filing memoranda regarding Defendants' pending Motions to Dismiss. Good cause exists for such a short enlargement of time as consolidated deadlines would apply with respect to both Motions to Dismiss pending before the Court.

Furthermore, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure and Local Rule 7(a)(4)(A), the parties stipulate and move for a two-page enlargement of the 25-page limit otherwise applicable to Plaintiff's consolidated memorandum in opposition to the two pending Motions to Dismiss.

WHEREFORE, the parties jointly stipulate and move for approval of the following revised briefing schedule and page-limit enlargement:

- Plaintiff's consolidated memorandum in opposition to Defendants' pending Motions to Dismiss shall be filed no later than **February 9, 2018**;

- Defendants' consolidated reply memorandum in support of their pending Motions to Dismiss shall be filed no later than **March 9, 2018**; and

- Plaintiff's consolidated memorandum in opposition to Defendants' pending Motions to Dismiss shall be no longer than **27 pages**, excluding exhibits and attachments.

Dated at Burlington, Vermont this 30th day of January, 2018.

            DOWNS RACHLIN MARTIN PLLC
By:  **/s/ Christopher D. Roy**
      Christopher D. Roy
      Attorneys for Plaintiff
      199 Main Street
      P.O. Box 190
      Burlington, VT 05402-0190
      Tel.: (802) 863-2375
      Email: croy@drm.com

Dated at Washington, D.C. this 30th day of January, 2018.

            WILLKIE FARR & GALLAGHER LLP
By:  **/s/ David. P. Murray**
      David P. Murray (admitted *pro hac vice*)
      Attorneys for Plaintiff
      1875 K Street, N.W.
      Washington, DC 20006-1238
      Tel.: (202) 303-1112
      Email: dmurray@willkie.com

Dated at Montpelier, Vermont this 30th day of January, 2018.

        STATE OF VERMONT

        THOMAS J. DONOVAN
        ATTORNEY GENERAL

By:   **/s/ Jon T. Alexander**
      Jon T. Alexander
      Megan J. Shafritz
      Eleanor Spottswood
      Assistant Attorneys General
      Office of the Attorney General
      109 State Street
      Montpelier, VT 05609-1001
      Tel.: (802) 828-1299
      Email: jon.alexander@vermont.gov
             megan.shafritz@vermont.gov

SO ORDERED.

Dated at Rutland, in the District of Vermont, this 6th day of February, 2018.

                                  Geoffrey W. Crawford, Chief Judge
                                  United States District Court