U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 MAR 13 AM 10:39

CLERK

BY (signature)
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

COMCAST OF CONNECTICUT/ )
GEORGIA/MASSACHUSETTS/NEW )
HAMPSHIRE/NEW YORK/NORTH )
CAROLINA/ VIRGINIA/VERMONT, LLC, )
D/B/A COMCAST, )
)
Plaintiff, )
)
v. ) Civil No. 5:17-cv-161
)
VERMONT PUBLIC UTILITY COMMISSION, )
and SARAH HOFMANN and JAMES VOLZ, )
in their official capacities as members of the )
VERMONT PUBLIC UTILITY COMMISSION, )
)
Defendants. )

**JOINT STIPULATION AND ORDER**
**ALLOWING TWO-PAGE ENLARGEMENT OF DEFENDANTS' REPLY**
**MEMORANDUM IN SUPPORT OF PENDING MOTIONS FOR PARTIAL DISMISSAL**

Pursuant to Rule 7(a)(5)(B) of the Local Rules of Procedure for the U.S. District Court for the District of Vermont, the Plaintiff and Defendants, through their undersigned counsel, hereby stipulate and move for a two-page enlargement of the 10-page limit otherwise applicable to Defendants' consolidated reply memorandum in support of their pending Motions for Partial Dismissal, which shall be filed no later than March 9, 2018.

Plaintiff and Defendants previously stipulated and moved for a two-page enlargement of Plaintiff's consolidated memorandum in opposition to the two pending Motions for Partial Dismissal, and the Court approved said enlargement. *See* ECF Doc. 36.

WHEREFORE, the parties jointly stipulate and move for approval of the following page-limit enlargement:

- Defendants' consolidated reply memorandum in support of their pending Motions for Partial Dismissal shall be no longer than **12 pages**, excluding exhibits, attachments, caption/title page, and signature blocks.

STATE OF VERMONT

THOMAS J. DONOVAN  
ATTORNEY GENERAL

By: */s/ Jon T. Alexander*  
    Megan J. Shafritz  
    Jon T. Alexander  
    Eleanor L.P. Spottswood  
    Assistant Attorneys General  
    Office of the Attorney General  
    109 State Street  
    Montpelier, VT 05609-1001  
    Tel.: (802) 828-1299  
    Email: jon.alexander@vermont.gov

Attorneys for Defendants

DOWNS RACHLIN MARTIN PLLC

By: */s/ Christopher D. Roy*  
    Christopher D. Roy  
    199 Main Street  
    P.O. Box 190  
    Burlington, VT 05402-0190  
    Tel.: (802) 863-2375  
    Email: croy@drm.com

*/s/ David. P. Murray*  
David P. Murray (admitted *pro hac vice*)  
Willkie Farr & Gallagher LLP  
1875 K Street, N.W.  
Washington, DC 20006-1238  
Tel.: (202) 303-1112  
Email: dmurray@willkie.com

Attorneys for Plaintiff

SO ORDERED.

Dated at Rutland, in the District of Vermont, this 13 day of March 2017:

_____  
Hon. Geoffrey W. Crawford, Chief Judge  
United States District Court