UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| COMCAST OF CONNECTICUT/ GEORGIA/MASSACHUSETTS/NEW HAMPSHIRE/NEW YORK/NORTH CAROLINA/ VIRGINIA/VERMONT, LLC, D/B/A COMCAST,<br><br>          Plaintiff,<br><br>      v.<br><br>VERMONT PUBLIC UTILITY COMMISSION, and SARAH HOFMANN and JAMES VOLZ, in their official capacities as members of the VERMONT PUBLIC UTILITY COMMISSION,<br><br>          Defendants. | Civil No. 5:17-cv-161 |

**DEFENDANTS' REQUEST FOR ORAL ARGUMENT
ON THEIR MOTIONS FOR PARTIAL DISMISSAL**

      Pursuant to Rule 7(a)(6) of the Local Rules of Procedure for the U.S. District Court for the District of Vermont, the Defendants hereby request oral argument on their pending Motion for Partial Dismissal of Plaintiff's Complaint (Doc. 22) and Motion for Partial Dismissal of Plaintiff's Amended Complaint (Doc. 32), as well as in response to Plaintiff's Sur-Reply (Doc. 48) to same.

- 2 -

DATED at Montpelier, Vermont this 29th day of March 2018.

           STATE OF VERMONT

           THOMAS J. DONOVAN, JR.
           ATTORNEY GENERAL

By: */s/ Jon T. Alexander*
    Jon T. Alexander
    Eleanor L.P. Spottswood
    Assistant Attorneys General
    Office of the Attorney General
    109 State Street
    Montpelier, VT 05609-1001
    (802) 828-1299
    jon.alexander@vermont.gov

    Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2018, I electronically filed Defendants' Request for Oral Argument on their Motions for Partial Dismissal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants.

DATED at Montpelier, Vermont this 29th day of March 2018.

                                      STATE OF VERMONT

                                      THOMAS J. DONOVAN, JR.
                                      ATTORNEY GENERAL

By:    */s/ Jon T. Alexander*
          Jon T. Alexander
          Eleanor L.P. Spottswood
          Assistant Attorneys General
          Office of the Attorney General
          109 State Street
          Montpelier, VT 05609-1001
          (802) 828-1299
          jon.alexander@vermont.gov

          Counsel for Defendants