NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Comcast of Connecticut/Georgia/Massachusetts/
New Hampshire/New York/North Carolina/
Virginia/Vermont, LLC

      v.                                                        Case No. 5:17-cv-161

Vermont Public Utility Commission, *et al.*

TAKE NOTICE that the above-entitled case has been scheduled at 1:30 p.m. on Monday, April 16, 2018, in Rutland, Vermont, before Honorable Geoffrey W. Crawford, Chief Judge, for a hearing on the Motions for Partial Dismissal (Docs. 22 & 32).

| | |
|---|---|
| Location: Main Courtroom, 2nd Floor | JEFFREY S. EATON, Clerk |
| | By: ***/s/ Pamela J. Lane*** |
| | Deputy Clerk |
| | 4/2/2018 |

TO:

| | |
|---|---|
| Christopher D. Roy, Esq. | Douglas R. Marden, Esq. |
| David P. Murray, Esq. | Elizabeth Barket, Esq. |
| | Joseph L. Van Eaton, Esq. |
| Eleanor L. Spottswood, AAG | |
| Jon T. Alexander, AAG | Anne Henry, Court Reporter |