UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

COMCAST OF CONNECTICUT/GEORGIA/
MASSACHUSETTS/NEWHAMPSHIRE/
NEW YORK/NORTH CAROLINA/
VIRGINIA/VERMONT, LLC, DBA
COMCAST,

   Plaintiff,

  v.

THE VERMONT PUBLIC UTILITY
COMMISSION, and SARAH HOFFMAN and
JAMES VOLZ, in their official capacities as
members of THE VERMONT PUBLIC
UTILITY COMMISSION,

   Defendant.

Civil Action No.  5:17-CV-161

**MOTION TO APPEAR BY PHONE**

By this motion, Vermont Access Network, Inc.'s ("VAN's") Washington-based counsel, Joseph Van Eaton, seeks to appear by telephone at the motion hearing scheduled for April 16, 2018.  When agreeing to the hearing date, VAN indicated that Mr. Van Eaton was not available to appear in person at this hearing but could attend by phone.  VAN's local counsel, Douglas Marden, will appear at the hearing in person.  In addition to Mr. Van Eaton not being available, VAN simply notes that there is a substantial cost to VAN to have Mr. Van Eaton appear in person and, due to the fact that VAN is a non-profit association which receives its funding from contributions from Vermont's PEG Access Management Organizations (AMOs) which are themselves non-profit organizations, VAN is always making an effort to work within its limited

- 2 -

resources.

For these reasons, VAN respectfully requests the Court to grant this motion and allow Mr. Van Eaton to appear by phone at the April 16 hearing.  If granted, please provide call-in coordinates.

Dated at Shelburne, Vermont this 12th day of April, 2018.

LAW OFFICES OF DOUGLAS R. MARDEN, PLLC

By:  /s/ Douglas R. Marden
Douglas R. Marden, Esq.
145 Pine Haven Shores Road
Suite 2212
Shelburne, VT 05482
(802) 495-5120
doug@mardenlaw.com

Attorney for Vermont Access Network

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2018, I electronically filed the Vermont Access Network's Motion to Appear by Phone with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants.

DATED at Shelburne, Vermont this 12th day of April 2018.

LAW OFFICES OF DOUGLAS R. MARDEN, PLLC

By:  /s/ Douglas R. Marden
Douglas R. Marden, Esq.
145 Pine Haven Shores Road
Suite 2212
Shelburne, VT 05482
(802) 495-5120
doug@mardenlaw.com

Attorney for Vermont Access Network